UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD SATISH EMRIT,

    Plaintiff,
v.                                  Case No. 8:25-cv-999-WFJ-NHA

COBB GONZALEZ LAW FIRM OF
JACKSONVILLE, FLORIDA, *et al.*,

    Defendants.
_____/

## **ORDER**

Before the Court is the Plaintiff Ronald Satish Emrit's motion to proceed *in forma pauperis* (Dkt. 2) and the United States Magistrate Judge's report recommending that the motion be denied, and the case dismissed with prejudice. Dkt. 9. No proper objection is on file and the time for same has expired.

Plaintiff appealed the report and recommendation to the Eleventh Circuit. Dkt. 10. The appeal is frivolous. He is a vexatious litigant and knows better, having filed at least 200 cases previously.

After conducting an independent examination of the file, the Court agrees with the Magistrate Judge's thorough and well-reasoned analysis and rules as follows:

    1. The Report and Recommendation (Dkt. 9) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) is denied. This case is dismissed with prejudice.

3. The Clerk is directed to terminate any pending deadlines and close the case.

**DONE AND ORDERED** at Tampa, Florida, on May 14, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE